THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYSON FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | CASE NO. C22-0192-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motions for a preliminary injunction (Dkt. No. 3) and to expedite and consolidate (Dkt. No. 23). The Court understands (a) that Defendant does not oppose Plaintiff's motion to expedite and consolidate, (*see* Dkt. No. 35 at 24), and (b) given that the Court's trial schedule creates issues with availability for oral argument, the parties agree to accept a ruling on Plaintiff's motions on the papers.

To assist the Court in ruling on Plaintiff's motions, the parties are ORDERED to provide the Court, within four (4) days of this order, a joint submission supplementing the record with unredacted versions of the following filings: *Costco Wholesale Corp. v. Koch Foods, Inc., et al.*, Case Nos. C16-08637 / C21-04611, Dkt. Nos. 5365, 5388, 5400 (N.D. Ill. 2022). Based upon the District Court for the Northern District of Illinois' finding that good cause exists to maintain

these documents under seal, the Court DIRECTS the Clerk of this Court to also maintain the unredacted version of the documents under seal, once so filed by the parties. A separate motion to seal these documents is not necessary.

DATED this 10th day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C22-0192-JCC
PAGE - 2